```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ENRICO MCDONALD

                Defendant.

20 Cr. 620 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court will hold an initial conference in this action on **December 18, 2020**, at **2:00 p.m.**, using the Court's videoconferencing software.  *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 3 (S.D.N.Y. Sept. 16, 2020) ("[C]onditions, which are unlikely to be alleviated in the near future, make it impossible for the judges in this District to conduct all criminal proceedings in person in the courthouses.").  Chambers will provide the parties with instructions on how to appear via video.

      To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding.  Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (855) 268-7844 and entering access code 67812309# and PIN 9921299#.  All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

      SO ORDERED.

Dated: December 9, 2020
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge