```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Enrico McDonald,

        Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 620 (AT) ( )

Defendant __Enrico McDonald__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____ Tamara Giwa for Enrico McDonald          _____
Defendant's Signature                                          Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Enrico McDonald**                                            **Tamara Giwa**
_____                                          _____
Print Defendant's Name                                         Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/18/20
_____
Date

                                                    _____
                                                    ANALISA TORRES
                                                 United States District Judge