**Federal Defenders**
OF NEW YORK, INC.

52 Duane

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/15/2021

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 15, 2021

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re:** *United States v. Enrico McDonald,* **20 CR 620 (AT)**

Dear Judge Torres:

        I write with the consent of the government to respectfully request an extension of a few days to file my sentencing submission, currently due on June 23, 2021. I am starting a trial before Judge Rakoff tomorrow and, due to various scheduling issues, the trial is now expected to last longer than previously anticipated. I am therefore requesting permission to file my submission on Monday, June 28, 2021. The government is not requesting an extension, and the parties remain ready to proceed with sentencing on July 7, 2021.

        Thank you for your consideration of this request.

                Respectfully submitted,

                Tamara L. Giwa
                Counsel for Enrico McDonald
                Federal Defenders of New York
                (917) 890-9729

        Cc:    AUSA David Robles (via ECF)

GRANTED.  Defendant shall file his sentencing submission by **June 28, 2021**.  No other deadlines shall be affected by this extension.

SO ORDERED.

Dated: June 15, 2021
     New York, New York

                **ANALISA TORRES**
              **United States District Judge**