UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ENRICO MCDONALD

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/22/2023_

20 Cr. 620 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The VOSR hearing scheduled for June 27, 2023, is ADJOURNED to **July 11, 2023**, at **3:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: June 22, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge